1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | CASE NO. 2:02-CR-00429-WBS

12 |            Plaintiff,           | **STIPULATION AND ORDER CONTINUING HEARING DATE AND EXTENDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR A SENTENCE REDUCTION**
13
14 |       v.                        |
15 |                                 | HON. WILLIAM B. SHUBB
16 | ISMAEL GONZALEZ CHAVARRIA,      |
17 |            Defendant.           |
18

19

20       Whereas, there is presently set on May 11, 2015, at 9:30 a.m., a hearing on defendant Ismael

21 Gonzalez Chavarria's motion for a sentence reduction;

22       Whereas, Mr. Chavarria's motion stems from a 2002 case in which the respective United States

23 Attorney's Office's case file and the Court's case file are currently in storage, and many of the documents

24 in the Court's case file are not available electronically through the Court's ECF system;

25       Whereas, the undersigned prosecutor needs additional time to access the United States Attorney's

26 case file and/or the Court's case file to refer to previously filed documents to prepare the United States'

27 response to Mr. Chavarria's motion,

28       It is hereby agreed by and between the United States and Mr. Chavarria, through their respective

                                              1

counsel that subject to the approval of the Court, that:

    1.    The hearing on Mr. Chavarria's motion shall be postponed from May 11, 2015, to May 18, 2015, at 9:30 a.m.;

    2.    The United States shall have until May 11, 2015, to file its response to Mr. Chavarria's motion for a sentence reduction; and

    3.    Mr. Chavarria may file a reply to the government's response on or before May 14, 2015.

DATED:  May 5, 2015                          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Samuel Wong
                         By:
                                        SAMUEL WONG
                                        Assistant U.S. Attorneys

DATED:  May 5, 2015

                                        /s/ David Porter
                         By:
                                        DAVID PORTER
                                        Assistant Federal Defender
                                        Attorney for defendant
                                        ISMAEL GONZALEZ CHAVARRIA

## ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

It is Ordered that:

    1.    The hearing on defendant Ismael Gonzalez Chavarria's motion shall be postponed from May 11, 2015, to May 18, 2015, at 9:30 a.m.;

    2.    The United States shall have until May 11, 2015, to file its response to Mr. Chavarria's motion for a sentence reduction; and

    3.    Mr. Chavarria may file a reply to the government's response on or before May 14, 2015.

IT IS SO ORDERED.

Dated:  May 6, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE