HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ISMAEL GONZALEZ CHAVARRIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL GONZALEZ CHAVARRIA,<br><br>Defendant. | No.  Cr. 02-429 WBS<br><br>**STIPULATED REQUEST TO RESET BRIEFING SCHEDULE AND HEARING; [lodged] ORDER**<br><br>Judge:  Honorable WILLIAM B. SHUBB |

Defendant, ISMAEL GONZALEZ CHAVARRIA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Samuel Wong, hereby stipulate to reset the briefing schedule and hearing to permit the parties to explore a potential stipulated resolution of the motion.  The parties request that Mr. Chavarria's response to the government's opposition be due on or before June 30, 2015, the government's reply be filed no later than July 21, 2015, and the

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation and Order to reset briefing schedule and hearing          1

hearing, currently set for July 13, 2015, be reset to Monday, August 10, 2015, at 9:30 a.m.

Respectfully submitted,

| | |
|---|---|
| Dated:  June 16, 2015 | Dated:   June 16, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Samuel Wong*<br>SAMUEL WONG<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>ISMAEL GONZALEZ CHAVARRIA |

## ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, Mr. Chavarria's response to the government's opposition is due on or before June 30, 2015, the government's reply shall be filed no later than July 21, 2015, and the hearing on Mr. Chavarria's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) is **RESET** from July 13, 2015, to Monday, August 10, 2015, at 9:30 a.m.

Dated:  June 17, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE