HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar # 294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ISMAEL GONZALEZ CHAVARRIA,<br><br>            Defendant. | No. Cr. S 02-cr-429 WBS<br><br>**STIPULATED REQUEST TO CONTINUE DATE OF HEARING; [lodged] Order**<br><br>Date: Monday, December 7, 2015<br>Time: 9:30 a.m.<br>Court: 5, 14th floor<br><br>Judge: Honorable WILLIAM B. SHUBB |

On April 22, 2015, Defendant, ISMAEL GONZALEZ CHAVARRIA, by and through counsel, assistant federal defender David M. Porter, filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). CR 86. The government opposed the motion on May 11, 2015, on the grounds that the nature and content of his plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C) precludes his eligibility for such reduction. Opp. at 1-2. The hearing on the motion is currently set for August 10, 2015 at 9:30 A.M. For the reasons set forth below, the parties file this stipulated request to continue the hearing to December 7, 2015 at 9:30 A.M.

In opposing Mr. Chavarria's motion to reduce, the government relied on the Ninth Circuit case *U.S. v. Austin*, 676 F.3d 924 (9th Cir. 2012) and the Supreme Court case *Freeman v. U.S.*, 131 S. Ct. 2685 (2011), for the proposition that a (c)(1)(C) binding plea agreement must make clear the particular Guideline range on which the defendant's sentence was based in order for the

defendant to be eligible for a reduction under 18 U.S.C. § 3582(c)(2). Opp. at 4. In this Circuit, *Austin* held Justice Sotomayor's concurring opinion in *Freeman* (a fractured 4-1-4 opinion) is the controlling opinion pursuant to *Marks v. United States,* 430 U.S. 188 (1977) ("Justice Sotomayor's concurrence is the controlling opinion because it reached this conclusion [that a (c)(1)(C) agreement did not bar eligibility for a sentence reduction] on the 'narrowest grounds.'" *Austin,* 676 F. 3d at 927-28). In January 2015, the Ninth Circuit affirmed *Austin* in *U.S. v. Davis*, 776 F.3d 1088 (9th Cir. 2015), in a 2-1 opinion. Defense does not dispute that Ninth Circuit law under *Austin* and *Davis* precludes a reduction in Mr. Chavarria's case based on the fact that his binding plea agreement does not contain reference to a particular guideline range as the basis for sentence.

However, in her concurrence in *Davis*, Judge Berzon called for *en banc* review to consider whether *Austin* was correctly decided. *Davis*, 776 F.3d at 1091. On February 24, 2015, the appellant in *U.S. v. Davis* filed a petition for rehearing en banc. Dkt. 31. The appellee responded on April 24, 2015. Dkt. 37. If this Circuit grants *en banc* rehearing and ultimately rejects *Austin*'s finding that Justice Sotomayor's opinion controls on the very issue barring Mr. Chavarria from the requested relief, the Ninth Circuit may fashion a new and different rule that would be applicable to Mr. Chavarria's case. In other words, the parties respectfully submit that this Court should await the resolution of the petition for *en banc* review in Davis to ascertain the law to be applied to Mr. Chavarria's motion for a sentence reduction.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

To allow time for a decision from the Ninth Circuit on both the petition for rehearing and (potentially) from the *en banc* panel on the merits of the case, the parties stipulate and respectfully request that this Court continue Mr. Chavarria's motion for sentence reduction until December 7, 2015 at 9:30 a.m. for a status hearing.

Dated:  August 5, 2015                                             Dated:   August 5, 2015

BENJAMIN B. WAGNER                                      HEATHER E. WILLIAMS
United States Attorney                                          Federal Defender

 /s/ *Samuel Wong*                                                    /s/ *Hannah R. Labaree*
SAMUEL WONG                                                   HANNAH R. LABAREE
Assistant U.S. Attorney                                          Assistant Federal Defender

Attorney for Plaintiff                                              Attorney for Movant
UNITED STATES OF AMERICA                          ISMAEL GONZALEZ CHAVARRIA

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing on Mr. Chavarria's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) is **RESET** from August 10, 2015, to Monday, December 7, 2015, at 9:30 A.M.

Dated:  August 6, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE