| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, Bar # 294338 |
| | Assistant Federal Defender |
| 3 | Counsel Designated for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 02-cr-429 WBS |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE DATE OF HEARING** |
| v. | |
| ISMAEL GONZALEZ CHAVARRIA, | Date: December 7, 2015 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. William B. Shubb |

On April 22, 2015, Defendant, ISMAEL GONZALEZ CHAVARRIA, by and through counsel, filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). CR 86. The government opposed the motion on May 11, 2015. Opp. at 1-2. The hearing on the motion is currently set for December 7, 2015 at 9:00 a.m. For the reasons set forth below, the parties file this stipulated request to continue the hearing to February 1, 2016 at 9:00 a.m.

On August 7, 2015, this Court granted the parties' first stipulation to continue the hearing to allow for the resolution of the petition for *en banc* review in *U.S. v. Davis*, 776 F.3d 1088 (9th Cir. 2015). CR 100. As stated in that stipulation, resolution of that case will allow the parties and this Court to ascertain the law to be applied to Mr. Chavarria's motion for a sentence reduction.

The Ninth Circuit granted *en banc* review of *Davis* on August 6, 2015, and heard oral argument on September 10, 2015, but has not yet issued a ruling. Therefore, the parties respectfully stipulate and respectfully request that this Court continue Mr. Chavarria's motion for

sentence reduction until February 1, 2016 at 9:00 a.m. for a status hearing.

Dated:  December 3, 2015                               Dated:   December 3, 2015

BENJAMIN B. WAGNER                                HEATHER E. WILLIAMS
United States Attorney                                      Federal Defender


 /s/ *Samuel Wong*                                              /s/ *Hannah R. Labaree*
SAMUEL WONG                                             HANNAH R. LABAREE
Assistant U.S. Attorney                                    Assistant Federal Defender

Attorney for Plaintiff                                         Attorney for Movant
UNITED STATES OF AMERICA                      ISMAEL GONZALEZ CHAVARRIA

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing on Mr. Chavarria's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) is **RESET** from December 7, 2015, to Monday, February 1, 2016, at 9:00 A.M.

Dated:  December 4, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE