HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar # 294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ISMAEL GONZALEZ CHAVARRIA,<br><br>　　　　　　Defendant. | No. Cr. S 02-cr-429 WBS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DATE OF HEARING**<br><br>Date: February 1, 2016<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

On April 22, 2015, Defendant, ISMAEL GONZALEZ CHAVARRIA, by and through counsel, filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). CR 86. The government opposed the motion on May 11, 2015. Opp. at 1-2. The hearing on the motion is currently set for February 1, 2016 at 9:00 a.m. For the reasons set forth below, the parties file this stipulated request to continue the hearing to March 28, 2016 at 9:00 a.m.

On August 7, 2015, this Court granted the parties' first stipulation to continue the hearing to allow for the resolution of the petition for *en banc* review in *U.S. v. Davis*, 776 F.3d 1088 (9th Cir. 2015). CR 100. As stated in that stipulation, resolution of that case will allow the parties and this Court to ascertain the law to be applied to Mr. Chavarria's motion for a sentence reduction.

The Ninth Circuit granted *en banc* review of *Davis* on August 6, 2015, and heard oral argument on September 10, 2015, but has not yet issued a ruling. Therefore, the parties respectfully stipulate and respectfully request that this Court continue Mr. Chavarria's motion for

sentence reduction until March 28, 2016 at 9:00 a.m. for a status hearing.

| | |
|---|---|
| Dated:  January 27, 2016 | Dated:  January 27, 2016 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Samuel Wong*<br>SAMUEL WONG<br>Assistant U.S. Attorney | /s/ *Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>ISMAEL GONZALEZ CHAVARRIA |

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing on Mr. Chavarria's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) is **RESET** from February 1, 2016, to Monday, March 28, 2016, at 9:00 A.M.

Dated:  January 27, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE