HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar # 294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL GONZALEZ CHAVARRIA,<br><br>Defendant. | Case No. 2:02-cr-429 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE DATE OF HEARING**<br><br>Date:  May 23, 2016<br>Time:  9:00 a.m.<br>Judge: Hon. William B. Shubb |

On April 22, 2015, Defendant, ISMAEL GONZALEZ CHAVARRIA, by and through counsel, filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). CR 86. The government opposed the motion on May 11, 2015. Opp. at 1-2. The hearing on the motion is currently set for March 28, 2016 at 9:00 a.m. For the reasons set forth below, the parties file this stipulated request to continue the hearing to May 23, 2016 at 9:00 a.m.

On August 7, 2015, this Court granted the parties' first stipulation to continue the hearing to allow for the resolution of the petition for *en banc* review in *U.S. v. Davis*, 776 F.3d 1088 (9th Cir. 2015). CR 100. As stated in that stipulation, resolution of that case will allow the parties and this Court to ascertain the law to be applied to Mr. Chavarria's motion for a sentence reduction. This Court granted subsequent requests to continue on the same bases. *See* CR 103 and 105.

The Ninth Circuit granted *en banc* review of *Davis* on August 6, 2015, and heard oral argument on September 10, 2015, but has not yet issued a ruling. Therefore, the parties

respectfully stipulate and respectfully request that this Court continue Mr. Chavarria's motion for sentence reduction until May 23, 2016 at 9:00 a.m. for a status hearing.

| Dated:  March 21, 2016 | Dated:   March 21, 2016 |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Samuel Wong*<br>SAMUEL WONG<br>Assistant U.S. Attorney | /s/ *Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>ISMAEL GONZALEZ CHAVARRIA |

## ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing on Mr. Chavarria's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) is **RESET** from March 28, 2016, to Monday, May 23, 2016, at 9:00 A.M.

Dated:  March 22, 2016

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE