HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar # 294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ISMAEL GONZALEZ CHAVARRIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>ISMAEL GONZALEZ CHAVARRIA,<br><br>              Defendant. | Case No. 2:02-cr-00429-WBS<br><br>STIPULATED REQUEST TO CONTINUE DATE OF HEARING AND IMPOSE BRIEFING SCHEDULE; [PROPOSED] ORDER<br><br>Date: July 11, 2016<br>Time: 9:00 a.m.<br>Judge:  Hon. William B. Shubb |

On April 22, 2015, Defendant, ISMAEL GONZALEZ CHAVARRIA, by and through counsel, Assistant Federal Defender David M. Porter, filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). CR 86.  The government opposed the motion on May 11, 2015, on the ground that the nature and content of his plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C) precludes his eligibility for such reduction.  Opp. at 1-2.  Since the date of that filing, the hearing on this matter has been continued a number of times.  It is currently set for Monday, July 11 at 9:00 a.m.

//

//

//

//

//

In light of the recent Ninth Circuit ruling in *United States v. Davis,* 2016 WL 3245043 (June 13, 2016), the parties hereby request a continuance of the hearing to **August 8, 2016** to allow time for further briefing on the application of *Davis* to Mr. Chavarria's motion for reduction under 18 U.S.C. 3582(c)(2). The parties also request that this Court impose the following briefing schedule:

  Additional Defense Brief: July 11, 2016

  Government Response: July 29, 2016

  Optional Defense Reply: August 3, 2016

Dated:  July 7, 2016					Respectfully submitted,

							HEATHER E. WILLIAMS
							Federal Defender

							/s/ *Hannah R. Labaree*
							HANNAH R. LABAREE
							Assistant Federal Defender
							Attorney for Ismael G. Chavarria

Dated:  July 7, 2016					PHILLIP A. TALBERT
							Acting United States Attorney

							/s/ *Samuel Wong*
							SAMUEL WONG
							Assistant United States Attorney
							Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing on Mr. Chavarria's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) is RESET from July 11, 2016, to Monday, August 8, 2016, at 9:00 a.m.  The additional defense brief is due on or before July 11, 2016, the government's response is due on or before July 29, 2016 and the defense reply shall be filed no later than August 3, 2016.

Dated:  July 7, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE