HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ISMAEL CHAVARRIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>ISMAEL CHAVARRIA,<br><br>          Defendant | Case No. 2:02-cr-429 WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE THE MOTION HEARING**<br><br>Date: August 8, 2016<br>Time: 9:00 a.m.<br>Judge:  Honorable WILLIAM B. SHUBB<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |

Defendant, Ismael Chavarria hereby WITHDRAWS his motion to reduce sentence filed April 22, 2015 (CR 86).

Therefore, it is hereby stipulated, by and between Phillip A. Talbert, Acting United States Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree,

//

//

//

//

//

1  attorney for Ismael Chavarria, that the Motion to Reduce Sentence hearing set for August 8,

2  2016 be VACATED.  The parties further stipulate that the briefing schedule adopted on July 8,

3  2016 also be VACATED.

4

5  Dated:   July 13, 2016                                Respectfully submitted,

6                                                        HEATHER E. WILLIAMS
                                                         Federal Defender

7
                                                         /s/ Hannah R. Labaree
8                                                        HANNAH R. LABAREE
                                                         Assistant Federal Defender
9                                                        Attorney for ISMAEL CHAVARRIA

10

11  Dated:   July 13, 2016                               PHILLIP A. TALBERT
                                                         Acting United States Attorney
12
                                                         /s/ Samuel Wong
13                                                       SAMUEL WONG
                                                         Assistant United States Attorney
14                                                       Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2

Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing on Mr.

3

Chavarria's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) is VACATED. The

4

briefing schedule adopted on July 8, 2016 is also VACATED.

5

Dated:  July 14, 2016

6

7

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28